# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:05CV249

| | |
|---|---|
| **TAMATHA LYNN INGRAM,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **CAROLINAS HEALTHCARE** ) <br> **SYSTEM,** ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following notification by the Clerk's office that due to a clerical error and through no fault of the Plaintiff, the Summons has not been issued as ordered by the undersigned on June 1, 2005. See document #3 (granting Plaintiff's "Motion to Proceed in Forma Pauperis").

**NOW, THEREFORE, IT IS ORDERED:**

1. The time for service of process is extended 120 days from this date.

2. The Clerk is directed to prepare the Summons and deliver it along with a copy of the Complaint to the United States Marshal for service at government expense.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: March 6, 2006

Carl Horn, III
United States Magistrate Judge