# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tamatha Lynn Ingram,

    Plaintiff(s),

vs.

Carolinas HealthCare System,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv249

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/8/07 Order.

March 8, 2007

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk